804

SECOND DEPARTMENT, OCTOBER, 1966

(October 3, 1966)*

■ In the Matter of ROBERT M. STEIN, Petitioner, v. APPELLATE TERM OF THE SUPREME COURT OF THE STATE OF NEW YORK, SECOND JUDICIAL DEPARTMENT, et al., Respondents.— Proceeding pursuant to CPLR article 78 to prohibit and enjoin respondents from proceeding with or entertaining an appeal taken by the respondent District Attorney to the respondent court in *People* v. *Robert M. Stein.* Proceeding dismissed, without costs. Beldock, P. J., Ughetta, Christ, Brennan and Hill, JJ., concur.